# MENNEMEIER, GLASSMAN & STROUD LLP

980 9th Street • Suite 1700 • Sacramento, California 95814-2736
Telephone 916-553-4000 • Facsimile 916-553-4011

e-mail
stroud@mgslaw.com

Direct Dial
916-551-2590

July 3, 2008

The Hon. Morrison B. England
United States District Court
Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

      Re: *Proven Methods Seminars, LLC, et al. v. Dynetech Corporation, et al.*
           Eastern District of California Case No. 2:08-cv-00713-MCE-KJM

Dear Judge England:

      This letter shall serve to **supplement** our letter of July 2, 2008, wherein we advised, pursuant to Local Rule 16-160, that the above-referenced matter has settled subject to final approval of the settlement agreement, which the parties are presently drafting.

      Reference to Defendant Business Skills Corporation was inadvertently omitted from yesterday's letter - please be advised that when finalized, the settlement will include all three defendants (Dynetech Services Corp., Telligenix Corp, and Business Skills Corporation) and that none will be filing a responsive pleading to the Complaint at this time.

Very truly yours,

Andrew W. Stroud

AWS/ms

cc:   client
      Robert E. Satterthwaite
      James J. Banks